UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-2778(DSD/DTS)

Pauline Peterson,

        Plaintiff,

v.                                      **ORDER**

Karl Sauskojus, et al.,

        Defendants.

This matter is before the court upon the report and recommendation (R&R) of Magistrate Judge David T. Schultz dated June 11, 2018. The magistrate judge recommended that the court dismiss the case without prejudice for failure to prosecute. Pro se plaintiff Pauline Peterson has timely objected to the R&R.

The court reviews the report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the report and recommendation is well-reasoned and correct. Peterson has failed to actively prosecute her case and to comply with the magistrate judge's May 4, 2018, order requiring her to take action in the case [ECF No. 11]. The reasons she provides for failing to do so are inadequate. As a result, the court agrees with the magistrate judge that the case should be dismissed. The court will dismiss the case without prejudice, however, so that Peterson may re-file in the future.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The magistrate judge's report and recommendation [ECF No. 13] is adopted in its entirety;

2. The objection [ECF No. 14] is overruled; and

2. The action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 2, 2018

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court